# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Center for Biological Diversity, et al. ) | **Summons** |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff, ) | Procedure or other appropriate |
| ) | law.) |
| v. ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| Tennessee Valley Authority, ) | 3:18-CV-1446-UJH-LSC |
| ) | |
| Defendant. ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

TENNESSEE VALLEY AUTHORITY
Muscle Shoals
TVA Reservation
P.O. Box 1010
Muscle Shoals, AL 35662

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. David McDowell
Law office of R. David McDowell
121 Jefferson Street N
Huntsville, AL 35801
(256)-564-7474
rdavidmcdowell@gmail.com

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 9-11-18

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203